# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ENCHANTED ACRES FARM, INC. | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 19-2213 |
| NATURE'S ONE LLC | : | |

## ORDER

**AND NOW**, this 1st day of August 2019, upon considering Defendant's Motion to dismiss (ECF Doc. No. 12), Plaintiff's Response (ECF Doc. No. 13), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to dismiss (ECF Doc. No. 12) is **GRANTED** and the amended Complaint (ECF Doc. No. 3) is dismissed without prejudice to Plaintiff filing an amended Complaint on or before **August 22, 2019** consistent with the accompanying Memorandum under Fed. R. Civ. P. 11.

_____
KEARNEY, J.